249 F.2d 316
 Edwin M. BROWNING
v.
C. H. LOONEY, Warden, United States Penitentiary, Leavenworth, Kansas.
 No. 5623.
 United States Court of Appeals Tenth Circuit.
 Sept. 5, 1957.
 
 Thomas A. Cox, Denver, Colo., for appellant.
 William C. Farmer, U.S. Atty., Topeka, Kan., and Milton P. Beach, Asst. U.S. Atty., Kansas City, Kan., for appellee.
 Before BRATTON, Chief Judge, and PHILLIPS and BREITENSTEIN, Circuit judges.
 PER CURIAM.
 
 
 1
 Dismissed on motion of appellee, on ground appeal is moot.